

**HODGES WALSH & BURKE, LLP**

ATTORNEYS AT LAW

55 CHURCH STREET, SUITE 211

WHITE PLAINS, NEW YORK 10601

(914) 385-6000

FAX (914) 385-6060

www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct E-Mail: mburke@hwb-lawfirm.com

August 5, 2019

***VIA ECF***

Honorable Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:     **United States v. Barrett**
        **19 Cr. 243 (VB)**

Dear Judge Briccetti:

Please allow this letter to confirm that at the August 1, 2019 Court Conference the Court granted the defendant's request to temporarily modify his bail conditions allowing Mr. Barrett to travel to Kingstree, South Carolina to attend to a death in his family. Mr. Barrett will be staying with relatives at 120 Greentree Street in Kingstree, South Carolina and will be returning to the New York area on Thursday, August 8, 2019.

His Pre-Trial Services Officer, Vincent Adams had previously approved this request.

Thank you for your consideration.

Very truly yours,

Michael K. Burke

MKB:lm
cc: AUSA Margery Feinzig (***VIA ECF***)