UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA :
:  **ORDER**
v. :
:  19 CR 243 (VB)
EVERSLEY E. BARRETT, :
          Defendant. :
------------------------------------------------------x

    For the reasons stated on the record at today's pretrial conference, the schedule for trial and pretrial submissions is as follows:

1. Rule 404(b) evidence (if any) shall be disclosed by no later than June 29, 2020.

2. Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by June 29, 2020. Opposition to any motions in limine shall be filed by July 6, 2020. No replies will be permitted.

3. Proposed voir dire and the government's requests to charge shall be filed by June 29, 2020. The parties are encouraged, to the extent possible, to agree on requests to charge. In the event defendant files requests to charge, they shall be filed by July 6, 2020.

4. On consent of the government, 3500 material and <u>Giglio</u> material shall be produced by July 6, 2020.

5. Marked government case-in-chief exhibits shall be produced by July 6, 2020.

6. The final pre-trial conference is scheduled for July 15, 2020, at 2:30 p.m.

7. Jury selection and trial are scheduled for July 20, 2020, at 9:30 a.m.

8. Time is excluded under the Speedy Trial Act in the interest of justice through July 15, 2020.

Dated: January 10, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge