UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA      :

                                         :      **<u>ORDER</u>**

v.                                  :

                                           :      19 CR 243 (VB)

EVERSLEY E. BARRETT,           :
                         Defendant.    :
------------------------------------------------------x

A jury trial in this matter is scheduled for July 20, 2020.  However, because of the current public health emergency, the Court will be unable to conduct a jury trial before September 1 at the earliest.  Thus, the trial needs to be rescheduled.

Accordingly, it is hereby ORDERED:

1. **A conference is scheduled for May 29, 2020, at 10:00 a.m.**  The Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

2. By May 22, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

3. At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

     **Dial-In Number**:      **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
     **Access Code:**         **1703567**

Dated: May 13, 2020
       White Plains, NY                 SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge