UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                             :          **ORDER**
v.                                                           :
                                                             :          19 CR 243 (VB)
EVERSLEY E. BARRETT,              :
               Defendant.                      :
--------------------------------------------------------x

      As discussed at an on-the-record conference held today, at which counsel for both parties and defendant attended by telephone, it is HEREBY ORDERED:

1. All pretrial deadlines are adjourned sine die.  The final pre-trial conference scheduled for July 15, 2020, at 2:30 p.m. is cancelled.  The jury selection and trial scheduled for July 20, 2020, at 9:30 a.m. will not proceed as scheduled.

2. The next conference in this case is scheduled for July 31, 2020, at 11:00 a.m.  The Court hopes to conduct that conference in person in the courthouse.  If that is not possible, the Court will advise counsel prior thereto and the conference will be conducted by telephone conference.

3. Time is excluded under the Speedy Trial Act in the interest of justice through July 31, 2020.

Dated: May 29, 2020
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge