UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA  :
                                                         :   **ORDER**
v.  :
                                                         :   19 CR 243 (VB)
EVERSLEY BARRETT,  :
    Defendant.  :
--------------------------------------------------------------x

The sentencing in this case is scheduled for November 18, 2020, at 2:15 p.m.

In the government's sentencing memorandum (G. letter at 17-18), in direct response to representations made in defendant's sentencing memorandum regarding defendant's need to care for his autistic son (D. letter at 11-12), the government makes reference to certain statements of defendant's ex-wife, Virginia Barrett. The government also offers to make Ms. Barrett available to testify should the Court wish to hear from Ms. Barrett. The Court does wish to hear from Ms. Barrett. Accordingly, the government shall arrange for Ms. Barrett to appear at the sentencing hearing and to be prepared to testify about the matters referenced in the government's sentencing memorandum.

Dated: November 16, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge